FREDERICK BECK et al., Respondents, *v.* J. LESTER WALLACK, Appellant.

(Argued February 2, 1888; decided February 28, 1888.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New

York, entered upon an order made December 8, 1885, which affirmed a judgment in favor of plaintiffs entered upon the report of a referee.

*A. J. Dittenhoeffer* for appellant.

*W. Z. Larned* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.